Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-403-573

**Effective Date of Registration:**
April 10, 2024
**Registration Decision Date:**
July 16, 2024

---

## Title

**Title of Work:** Let's Go Home

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** May 05, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Ronald Kuang
  **Pseudonym:** Seerlight
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Ronald Kuang
15851 Dubesor St., La Puente, CA, 91744, United States

## Rights and Permissions

**Name:** Ronald Kuang
**Email:** ronaldkuang001@gmail.com
**Address:** 15851 Dubesor St.
La Puente, CA 91744 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-404-438

**Effective Date of Registration:**
April 10, 2024
**Registration Decision Date:**
July 21, 2024

## Title
_____

**Title of Work:** Moon Boba

## Completion/Publication
_____

**Year of Completion:** 2018
**Date of 1st Publication:** December 03, 2018
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Ronald Kuang
  **Pseudonym:** Seerlight
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant
_____

**Copyright Claimant:** Ronald Kuang
15851 Dubesor St., La Puente, CA, 91744, United States

## Rights and Permissions
_____

**Name:** Ronald Kuang
**Email:** ronaldkuang001@gmail.com
**Address:** 15851 Dubesor St.
La Puente, CA 91744 United States

## Certification
_____

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-404-442

**Effective Date of Registration:**
April 10, 2024
**Registration Decision Date:**
July 21, 2024

---

## Title

**Title of Work:** Magic Gem 3

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** April 25, 2019
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Ronald Kuang
  **Pseudonym:** Seerlight
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Ronald Kuang
15851 Dubesor St., La Puente, CA, 91744, United States

## Rights and Permissions

**Name:** Ronald Kuang
**Email:** ronaldkuang001@gmail.com
**Address:** 15851 Dubesor St.
La Puente, CA 91744 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-403-580

**Effective Date of Registration:**
April 10, 2024
**Registration Decision Date:**
July 16, 2024

---

## Title

**Title of Work:** Amegakure

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** December 26, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Ronald Kuang
  **Pseudonym:** Seerlight
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Ronald Kuang
15851 Dubesor St., La Puente, CA, 91744, United States

## Rights and Permissions

**Name:** Ronald Kuang
**Email:** ronaldkuang001@gmail.com
**Address:** 15851 Dubesor St.
La Puente, CA 91744 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-404-439

**Effective Date of Registration:**
April 10, 2024
**Registration Decision Date:**
July 21, 2024

---

## Title

**Title of Work:** Cataclysm

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** September 19, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Ronald Kuang
  **Pseudonym:** Seerlight
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Ronald Kuang
15851 Dubesor St., La Puente, CA, 91744, United States

## Rights and Permissions

**Name:** Ronald Kuang
**Email:** ronaldkuang001@gmail.com
**Address:** 15851 Dubesor St.
La Puente, CA 91744 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-403-410

**Effective Date of Registration:**
April 16, 2024
**Registration Decision Date:**
July 16, 2024

---

## Title

**Title of Work:** To the Next Adventure

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** September 15, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Ronald Kuang
  **Pseudonym:** Seerlight
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Ronald Kuang
15851 Dubesor St., La Puente, CA, 91744, United States

## Rights and Permissions

**Name:** Ronald Kuang
**Email:** ronaldkuang001@gmail.com
**Address:** 15851 Dubesor St.
La Puente, CA 91744 United States

## Certification

**Name:** David Denholm



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-403-784

**Effective Date of Registration:**
April 10, 2024
**Registration Decision Date:**
July 17, 2024

## Title

**Title of Work:** Celestial Aquarium

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** May 13, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Ronald Kuang
  **Pseudonym:** Seerlight
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Ronald Kuang
15851 Dubesor St., La Puente, CA, 91744, United States

## Rights and Permissions

**Name:** Ronald Kuang
**Email:** ronaldkuang001@gmail.com
**Address:** 15851 Dubesor St.
La Puente, CA 91744 United States

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-404-440

**Effective Date of Registration:**
April 10, 2024
**Registration Decision Date:**
July 21, 2024

---

## Title

**Title of Work:** Iced Deer

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** August 26, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Ronald Kuang
  **Pseudonym:** Seerlight
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Ronald Kuang
15851 Dubesor St., La Puente, CA, 91744, United States

## Rights and Permissions

**Name:** Ronald Kuang
**Email:** ronaldkuang001@gmail.com
**Address:** 15851 Dubesor St.
La Puente, CA 91744 United States

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-404-441

**Effective Date of Registration:**
April 10, 2024
**Registration Decision Date:**
July 21, 2024

## Title
___

**Title of Work:** Konohagakure

## Completion/Publication
___

**Year of Completion:** 2019
**Date of 1st Publication:** August 17, 2019
**Nation of 1st Publication:** United States

## Author
___

- **Author:** Ronald Kuang
  **Pseudonym:** Seerlight
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant
___

**Copyright Claimant:** Ronald Kuang
15851 Dubesor St., La Puente, CA, 91744, United States

## Rights and Permissions
___

**Name:** Ronald Kuang
**Email:** ronaldkuang001@gmail.com
**Address:** 15851 Dubesor St.
La Puente, CA 91744 United States

## Certification
___

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-403-582

**Effective Date of Registration:**
April 10, 2024
**Registration Decision Date:**
July 16, 2024

---

## Title

**Title of Work:**  Moon Soda

## Completion/Publication

**Year of Completion:**  2019
**Date of 1st Publication:**  January 21, 2019
**Nation of 1ˢᵗ Publication:**  United States

## Author

- **Author:**  Ronald Kuang
  **Pseudonym:**  Seerlight
  **Author Created:**  2-D artwork
  **Citizen of:**  United States
  **Pseudonymous:**  Yes

## Copyright Claimant

**Copyright Claimant:**  Ronald Kuang
15851 Dubesor St., La Puente, CA, 91744, United States

## Rights and Permissions

**Name:**  Ronald Kuang
**Email:**  ronaldkuang001@gmail.com
**Address:**  15851 Dubesor St.
La Puente, CA 91744 United States

## Certification

**Name:**  David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-403-589

**Effective Date of Registration:**
April 10, 2024
**Registration Decision Date:**
July 16, 2024

## Title

**Title of Work:** Village Hidden in Neon

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** September 05, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Ronald Kuang
  **Pseudonym:** Seerlight
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Ronald Kuang
15851 Dubesor St., La Puente, CA, 91744, United States

## Rights and Permissions

**Name:** Ronald Kuang
**Email:** ronaldkuang001@gmail.com
**Address:** 15851 Dubesor St.
La Puente, CA 91744 United States

## Certification

**Name:** David Denholm

